IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 09–cv–02952–REB–KMT

DARLENE J. MCCALMONT, and
D. THOMPSON MCCALMONT, individual residents of California,

    Plaintiffs,

v.

REAL GOODS SOLAR, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

    This matter is before me on the "Parties' Motion for Entry of Stipulated Protective Order (Doc. No. 42 , filed June 30, 2010). The Motion is DENIED and the proposed Protective Order is REFUSED. The parties are granted leave to submit a motion for protective order and revised form of protective order consistent with the comments contained here.
    *Gillard v. Boulder Valley School District*, 196 F.R.D. 382 (D. Colo. 2000), set out certain requirements for the issuance of a blanket protective order such as the one sought here. Among other things, any information designated by a party as confidential must first be reviewed by a lawyer who will certify that the designation as confidential is "based on a good faith belief that [the information] is confidential or otherwise entitled to protection" under Fed. R. Civ. P. 26(c)(7). *Gillard*, 196 F.R.D. at 386.
    The proposed Protective Order does not comply with the requirements established in *Gillard*.[1]

Dated: July 7, 2010.

---

[1] While the proposed Protective Order does contain a "good faith" requirement for discovery designated "Attorneys' Eyes Only," no such requirement is incorporated for documents labeled "Confidential."