IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 09-cv-02952-REB-KMT | FTR - Courtroom C-201 |
| Date: August 13, 2010 | Deputy Clerk, Nick Richards |

| | |
|---|---|
| DARLENE J. MCCALMONT,<br>D. THOMPSON MCCALMONT<br><br>    Plaintiffs,<br><br>v.<br><br>REAL GOODS SOLAR, INC., A COLORADO CORPORATION<br><br>    Defendant. | Kathyrn G. Spelman (phone)<br><br><br><br><br><br>Jonathon David Bergman |

## COURTROOM MINUTES / MINUTE ORDER

**HEARING: MOTIONS**
**Court in session: 1:29 p.m.**
Court calls case. Appearances of counsel.

This hearing is called regarding Joint Motion for Ruling to Determine Site of Plaintiffs' Depositions [Doc. No. 56, filed 8/11/2010].

For reasons stated on the record, it is
**ORDERED:** Joint Motion for Ruling to Determine Site of Plaintiffs' Depositions [56] is **GRANTED** to the extent that the court will determine the site of the Plaintiffs' depositions. It is the determination of the court that the depositions will be held in Colorado, which is the jurisdiction where the suit was brought.

**Court in Recess: 1:39 p.m.**
Hearing concluded.
Total In-Court Time     00:10

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.