**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 09-cv-02952-REB-KMT

DARLENE J. MCCALMONT, and
D. THOMPSON MCCALMONT,
individual residents of California,

    Plaintiffs,

v.

REAL GOODS SOLAR, INC., a Colorado corporation,

    Defendant.

## MINUTE ORDER[1]

    In light of the filing of the plaintiffs' **First Amended Complaint** [#21] filed March 29, 2010, and the **Real Goods Solar, Inc.'s Motion To Dismiss Plaintiffs' Corrected First Amended Complaint** [#33], the defendant's motion to dismiss [#10] filed February 16, 2010, is **DENIED** as moot.

    Dated: September 27, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.