**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  09-cv-02952-REB-KMT

DARLENE J. MCCALMONT, and
D. THOMPSON MCCALMONT,
individual residents of California,

      Plaintiffs,

v.

REAL GOODS SOLAR, INC., a Colorado corporation,

      Defendant

and

REAL GOODS SOLAR, INC.,

      Counterclaimant,

v.

D. THOMPSON McCALMONT, and
DARLENE J. McCALMONT,

      Counterclaim Defendants.

---

### ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulated Motion of Dismissal** [#70] filed

December 1, 2010.  After reviewing the motion and the file, I conclude that the motion

should be granted and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulated Motion of Dismissal** [#70] filed December 1, 2010, is

**GRANTED**;

      2.  That the Trial Preparation Conference set for March 11, 2011, is **VACATED**;

3.   That the jury trial set to commence March 28, 2011, is **VACATED**;

4.   That any pending motion is **DENIED** as moot; and

5.   That this action is **DISMISSED WITH PREJUDICE** with the parties to pay

their own attorney fees and costs.

Dated December 2, 2010, at Denver, Colorado.

**BY THE COURT:**

Bob Blackburn

Robert E. Blackburn
United States District Judge

2